# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

GLORIA SERDINSKY,

                              Plaintiff,

        v.

ALBERTSON'S LLC, et al.,

                              Defendants.

Case No. 2:15-cv-829-APG-CWH

**ORDER**

Defendant's Statement of Removal [7] identifies Albertsons, LLC as a citizen of Delaware. "[T]he citizenship of an LLC for purposes of the diversity jurisdiction is the citizenship of its members." *Cosgrove v. Bartolotta*, 150 F3d. 729, 731 (7th Cir. 1998). Therefore, within 10 days of entry of this Order, Albertson's LLC shall supplement its Statement of Removal by identifying the citizenship of each of its members.

Dated: May 22, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE