Jack P. Burden, Esq.
Nevada State Bar No. 6918
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com

Attorneys for Defendant,
*Albertson's LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GLORIA SERDINSKY, an individual )
                                                    )  CASE NO.: 2:15-cv-00829-APG-CWH
         Plaintiff, )
                                                    )
vs. )
                                                    )  **ORDER**
ALBERTSON'S LLC, a foreign Limited Liability )
Company; DOES 1 through 10, inclusive; and, )
ROE CORPORATIONS 1 through 10, inclusive )
                                                  )
         Defendants. )

**STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON**

Pursuant to 28 U.S.C. § 1447(c), Plaintiff, Gloria Serdinsky ("Plaintiff"), by and through her attorneys, the Law Offices of Steven M. Burris, and Defendant, Albertson's, LLC ("Albertson's"), by and through its attorneys, Backus, Carranza & Burden, hereby stipulate and agree that this case should be remanded to the Eighth Judicial District Court.

Each party will bear its own costs and expenses, including attorney fees, in having this

///

///

///

matter remanded to the Eighth Judicial District Court.

DATED this 4th day of June, 2015.

**BACKUS, CARRANZA & BURDEN**

By: _____/s/Jack P. Burden_____
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
Attorneys for Defendant,
*Albertson's LLC*

DATED this 4th day of June, 2015.

**Law Offices of Steven M. Burris**

By: _____/s/Steven M. Burris_____
Steven M. Burris, Esq.
2810 W. Charleston Blvd., Suite F-58
Las Vegas, NV 89102
Attorneys for Plaintiff,
*Gloria Serdinsky*

## ORDER

The above Stipulation to Remand is hereby GRANTED.

IT IS SO ORDERED this  5th  day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE